UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

COREY ADAMS (357624)

VERSUS

JAMES SUMMERS, ET AL

CIVIL ACTION

NO. 11-129-BAJ-CN

**RULING**

The Court, having carefully considered the motion, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Christine Noland dated November 9, 2011 (doc. 54), and plaintiff's objection thereto, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the Court decline to exercise supplemental jurisdiction over the plaintiff's state law claims and that the defendants' Motion to dismiss, rec.doc.no. 18, be granted in part and denied in part, such that the plaintiff's claims asserted against defendants Bruce Dodd, Jonathan Roundtree, Donald Barr and Earl Gordon be dismissed in their entirety, with prejudice, that the plaintiff's claim of retaliation asserted against defendant Anthony McCoy be denied, and that this matter be referred back for further proceedings in connection with the plaintiff's claim of deliberate medical indifference

against defendants Anthony McCoy and James Summers, in their individual capacities.

Baton Rouge, Louisiana, December 23, 2011.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA